IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LOLITA JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 125-116 |
| | ) |
| WAL-MART STORES EAST, | ) |
| LP (DELAWARE); ABC CORPS #1-3; | ) |
| and JOHN DOES #1-3, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **REMANDS** this case to the Superior Court of Richmond County, State of Georgia, case number 2024RCCV00878, for lack of subject-matter jurisdiction, **DIRECTS** the Clerk to **TERMINATE** all pending motions, and **CLOSES** this civil action.

SO ORDERED this ___16th___ day of July, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA